UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-10023-CR-MOORE/SIMONTON

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

**MODELIN MACHADO,**

    Defendant.
_____/

## REPORT AND RECOMMENDATION

THIS MATTER is before the Court on a Petition for Warrant or Summons for Offender Under Supervision (DE # 91, filed 8/4/09). This matter was referred to the undersigned Magistrate Judge by the Honorable K. Michael Moore, United States District Judge, to take all necessary and proper action as required by law with respect to any and all violations of Supervised Release (DE # 96). For the reasons set forth below, it is recommended that the Defendant's supervised release be revoked, and that he appear before the District Court for a sentencing hearing regarding the final disposition of this matter.

## BACKGROUND

On July 9, 2007, the Defendant was sentenced to six months incarceration, followed by three years of supervised release, based upon his conviction for failure to obey an order of the United States Coast Guard and Immigration and Customs Enforcement maritime law enforcement officers to heave to their vessel, in violation of 18 U.S.C. § 2237(a)(1).

The Defendant's term of supervised release began on January 24, 2008.

On July 27, 2009, the probation officer supervising the Defendant submitted the

Petition presently at issue, which was filed on August 4, 2009. The Defendant is charged with the following violation of his supervised release:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Violation of Mandatory Condition**, by failing to refrain from violation of the law. On or about July 3, 2009, in Miami-Dade County, Florida, the defendant committed the offense of Attempted Murder in the 2nd Degree, contrary to Florida Statute 782.04(2). |

The Defendant initially appeared in this Court in connection with that alleged violation on January 25, 2011.

On February 16, 2011, the Defendant filed a Notice of Admissions to Supervised Release Violations, in which he admitted that he had violated the law, but amended the offense he admitted committing to the offense of aggravated battery with a weapon, contrary to Florida Statute 784.045(1)(A); rather than the attempted murder charge contained in the Petition (DE # 104).

A telephonic status conference was held before the undersigned Magistrate Judge on February 17, 2011. At that hearing, the parties and the U.S. Probation Officer jointly advised the Court that the offense named in the Petition was based upon the charge for which the Defendant had been arrested; however, thereafter, he was formally charged with, and pled guilty to, the lesser offense of aggravated battery with a weapon. Therefore, the parties and the U.S. Probation Officer agreed that the appropriate disposition was to find a violation to this lesser offense rather than the offense initially stated in the Petition. The undersigned agrees.

Based upon the foregoing, the undersigned hereby

**RECOMMENDS** that the defendant's supervised release be revoked based on the

defendant's admission to violation numbered one, as amended to reflect that the offense he committed was aggravated battery with a weapon, in violation of Florida Statute 784.045(1)(A); and, that this matter proceed to a sentencing hearing before the District Judge.

The parties have ten (14) days from the date of receipt of this Report and Recommendation within which to serve and file written objections, if any, with the Honorable K. Michael Moore, United States District Court Judge.  Failure to file objections timely shall bar the parties from attacking on appeal the factual findings contained herein.  *LoConte v. Dugger*, 847 F. 2d 745 (11th Cir. 1988); *RTC v. Hallmark Builders, Inc.*, 996 F. 2d 1144, 1149 (11th Cir. 1993).

**DONE AND SUBMITTED** at the United States Courthouse, Miami, Florida, on February 17, 2011.

_____
**ANDREA M. SIMONTON**
**UNITED STATES MAGISTRATE JUDGE**

Copies provided to:
The Honorable K. Michael Moore,
     United States District Judge
All counsel of record